# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
 (JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

WRITER'S DIRECT CONTACT:

June 23, 2024

**BY ECF**
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Jennifer Crespo, et al., v. City of New York, et al.*, 22 Civ. 2693 (BMC)

Your Honor:

      My firm represents the plaintiffs in the above-referenced civil rights action. I write regarding the Court's third point in its Order that was filed on the docket earlier today I respectfully advise the Court that, due to various issues with logistics, Plaintiffs did not serve the City with the complaint and related 160.50 releases in this matter until June 7, 2022 [Dkt. No. 7], just over two weeks ago and not five weeks ago as stated in the Court's Order. Accordingly, the City still has until June 28th to respond to Plaintiffs' complaint. I apologize to the Court and counsel for the City for any inconvenience this lag in service may have caused.

      Respectfully submitted,

      */s/Marc A. Cannan*
      Marc A. Cannan

cc:    Mostafa Khairy, Esq., Counsel for Defendant City of New York, by ECF