## **Slipsheet for Defendants' Exhibit "A"**

    A copy of the bodycam footage identified as Exhibit A to Defendants' pre-motion conference letter will be provided to the Court on a CD.