## **Slipsheet for Defendants' Exhibit "B"**

    A copy of the bodycam footage identified as Exhibit B to Defendants' pre-motion conference letter will be provided to the Court on a CD.