UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X

JENNIFER CRESPO, *et al.*,

                        Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                        Defendants.

------------------------------------------------------------------------------- X

**LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

22-CV-2693 (BMC)

       Defendants City of New York, Joseph Ieraci, Laurene Bove, Zachary Cullen, and Angelo Pirozzi respectfully submit, for the purposes of this motion only, this statement, pursuant to Rule 56.1 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, setting forth the undisputed material facts upon which the accompanying motion is based:[1]

       1.     On May 9, 2022, Jennifer, Amy, Maya, and Angel Crespo (hereinafter "Plaintiffs") initiated this matter by filing the Complaint, in which they named the City of New York, Joseph Ieraci, Laurene Bove, Zachary Cullen, and Angelo Pirozzi as Defendants. *See* Complaint, annexed as **Exhibit A** to the February 3, 2023 Declaration of James R. Murray (hereinafter, "Murray Decl.").

       2.     On November 1, 2022, Plaintiffs filed the Amended Complaint—which is the operative pleading in this matter—naming the City of New York, Joseph Ieraci, Laurene Bove,

---

[1] The below facts are undisputed solely for the purpose of this summary judgment motion. Defendants reserve the right to challenge any of the below facts during subsequent stages of this litigation.

Zachary Cullen, and Angelo Pirozzi as Defendants.  *See* Amended Complaint, annexed to Murray Decl. as **Exhibit B**.

3. The Amended Complaint does not contain a *Monell* claim against the City of New York.  *See generally id.*

4. On May 9, 2019 Defendant Officers Bove, Ieraci, Cullen, and Pirozzi responded to an assault in progress at Plaintiffs' residence.  Relevant Excerpts From the Deposition of Zachary Cullen, annexed to Murray Decl. as **Exhibit C** at 15:12-25.

5. When the officers arrived, they encountered Mayra Crespo.  Bodycam Footage Captured by Police Officer Laurene Bove Beginning at 4:08 pm, annexed to Murray Decl. as **Exhibit D**, at 00:50-1:32.

6. Mayra Crespo had strands of hair on her shirt and visible bruising under her right eye and on her right shoulder.  *Id.* at 00:50-1:32 and 7:16-7:22; Bodycam footage captured by Police Officer Zachary Cullen, annexed to Murray Decl. as **Exhibit E** at 4:11-4:27.

7. Mayra Crespo told Officers Bove, Ieraci, Cullen, and Pirozzi that her husband, Angel Crespo, had punched her in the face and shoulder and dragged her by her hair after she told him she wanted a divorce.  **Exhibit D** at 00:50-1:32; **Exhibit E** at 8:10-8:40.

8. Jennifer Crespo exited the house.  **Exhibit D** at 1:50-1:55.

9. Officer Bove asked Jennifer Crespo "has this happened before with your mother?"  *Id.* at 1:58-2:04.

10. Jennifer Crespo remained silent and Mayra Crespo responded "it happened before."  *Id.*

11. Mayra Crespo also told Officers Bove and Cullen that Angel Crespo had previously threatened to commit suicide if she left him.  *Id.* at 2:05-2:24.

12. Mayra Crespo told Officers Bove and Cullen that Angel had left the house and come back before the officers arrived. *Id.* at 3:05-3:025.

13. Several minutes later, Angel Crespo exited the house. **Exhibit E** at 5:25-6:40.

14. Angel Crespo stated that he had "just pushed [Mayra Crespo] around." *Id.*

15. Angel Crespo refused to show the officers his identification. *Id.*

16. After approximately one minute and fifteen seconds, Angel Crespo went back inside the house. *Id.*

17. The officers spoke with Mayra Crespo outside the house for approximately four more minutes. *Id.* at 6:40-10:50.

18. Mayra Crespo told the officers that she had stayed with Angel Crespo for thirty years because she did not want her daughters to see him get arrested. *Id.* at 8:28-8:58.

19. The officers entered the Crespo residence. *Id.* at 10:34-10:50.

20. Angel Crespo weighted approximately 300 pounds on May 9, 2019. Relevant Excerpts From the Deposition of Angel Crespo, annexed to Murray Decl. as **Exhibit F** at 12:7-10.

21. Inside the house, Angel Crespo refused two orders from Officer Ieraci to face the wall, balled up his fists, and said "let's go for it." **Exhibit E** at 10:50-11:08.

22. When the officers attempted to arrest Angel Crespo, Mayra, Jennifer, and Amy Crespo moved between Angel and the officers. *Id.* at 11:08-12:02.

23. Angel Crespo walked backwards into a hallway. Bodycam Footage Captured by Police Officer Joseph Ieraci, annexed to Murray Decl. as **Exhibit G** at 6:47-7:06.

24. Jennifer Crespo stood in front of Angel Crespo with her back facing the officers and her hands spread across the width of the hallway. *Id.*

25. Officer Ieraci pulled Amy Crespo away from Angel Crespo and moved toward the hallway. *Id.* at 11:03-11:25.

26. At that time, Jennifer Crespo stood directly in front of Angel Crespo and pushed Officer Ieraci backwards with her right arm. *Id.* at 7:07-7:44; *see also* Relevant Excerpts From the Deposition of Amy Crespo, annexed to Murray Decl. as **Exhibit H**, at 59:12-13; *see also* Relevant Excerpts From Amy Crespo's Probation Records, annexed to Murray Decl. as **Exhibit I**, at DEF0462 and DEF0504.

27. After several seconds, Angel Crespo rapidly pushed past Jennifer Crespo into the common area. **Exhibit E** at 11:25-12:07.

28. In the common area, Angel Crespo violently swung his arms. *Id.*

29. Angel Crespo pushed Officer Bove and Mayra Crespo as Officers Ieraci and Pirozzi grabbed Angel's torso. *Id.*

30. Amy Crespo pushed and pulled Officers Bove and Pirozzi away from Angel Crespo while screaming at them to stop. *Id.*; *see also* **Exhibit I**, at DEF0462 and DEF0504.

31. When Angel Crespo began pushing the officers, Officer Bove deployed her taser, striking Angel with one of the prongs. *Id.* at 12:04-12:16; *see also* Pre-Hospital Care Report, annexed to Murray Decl. as **Exhibit J**.

32. Because only one prong of the taser hit Angel Crespo, the taser was not fully effective. Relevant Excerpts From the Deposition of Police Officer Joseph Ieraci, annexed to Murray Decl. as **Exhibit K** at 40:17-41:23.

33. After the prong of the taser hit Angel Crespo, Officers Ieraci and Pirozzi grabbed Angel Crespo, who still flailed his arms while screaming. **Exhibit E** at 12:04-12:16.

34. As Angel Crespo and Officers Ieraci and Pirozzi staggered towards the corner of the room, Jennifer Crespo grabbed Officer Pirozzi while continuously screaming. *Id.*

35. When Angel Crespo and Officers Pirozzi and Ieraci reached the corner of the room, they fell down on top of each other. *Id.*

36. Jennifer Crespo—who was still grabbing Officer Pirozzi as he fell—stumbled, leaned forward, and attempted to grab Officer Bove's taser. *Id.* at 12:10-12:17.

37. Then, for approximately 27 seconds, Mayra Crespo repeatedly attempted to grab Officer Bove's taser. *Id.* at 12:13-12:43.

38. After attempting to grab the taser, Mayra Crespo approached the corner of the room, where Angel Crespo was still struggling with Officers Ieraci and Pirozzi, and fell to the ground. *Id.*

39. In the corner, Angel Crespo pushed his way back onto his feet as Officers Ieraci and Pirozzi attempted to grab his hands. *Id.*; **Exhibit G** at 8:00-8:20.

40. Officer Ieraci repeatedly told Angel Crespo to put his hands behind his back. **Exhibit G** at 8:20-8:34.

41. Angel Crespo did not put his hands behind his back. *Id.*; **Exhibit E** at 12:43-12:50.

42. Angel Crespo twisted his body. **Exhibit G** at 8:20-8:34; **Exhibit E** at 12:43-12:50.

43. Angel Crespo swung his arms at Officers Ieraci and Pirozzi. **Exhibit G** at 8:20-8:34; **Exhibit E** at 12:43-12:50.

44. Angel Crespo lowered his head while screaming, charged at Officer Ieraci, and fell to the ground. **Exhibit G** at 8:20-8:34; **Exhibit E** at 12:43-12:50.

45. On the ground, Officer Bove tased Angel Crespo's upper back in stun mode as Angel Crespo continued to pull his hands away from the officers. **Exhibit G** at 8:34-8:49.

46. When an officer uses a taser in stun mode, he or she presses the front of the taser against the arrestee's skin but does not discharge prongs. Relevant Excerpt From the Deposition of Police Officer Laurene Bove, annexed to Murray Decl. as **Exhibit L**, at 53:16-22.

47. At the time Officer Bove tased Angel's upper back, Angel Crespo had not been handcuffed and had been fighting with the officers for approximately two and a half minutes. **Exhibit E** at 11:02-13:41; **Exhibit G** at 8:34-8:49.

48. When Officer Ieraci grabbed Angel Crespo's left hand, Angel Crespo immediately pulled his hand away and began rolling back and forth on the floor. **Exhibit G** at 8:39-8:58.

49. While Officers Ieraci and Pirozzi were trying to handcuff Angel Crespo on the ground, Mayra Crespo knelt down to the left of Officer Ieraci, bent over Angel Crespo, put her hands on Angel's back, and began yelling "he has high blood pressure." **Exhibit E** at 13:20-13:37.

50. As Angel continued twisting on the ground, Officer Bove tased him in stun mode again. **Exhibit G** at 9:20-9:24.

51. Jennifer Crespo shrieked and sprinted toward the right side of Angel Crespo as Officer Pirozzi attempted to pull her away. **Exhibit E** at 13:20-13:37; Bodycam Footage Captured by Police Officer Angelo Pirozzi, annexed to Murray Decl. as **Exhibit O** at 00:00-00:21.

52. Jennifer Crespo swung her arms and pushed Officer Pirozzi away. **Exhibit I** at 00:00-00:21; **Exhibit E** at 13:20-13:37.

53. After struggling with Jennifer Crespo for approximately 20 seconds, Officer Pirozzi pushed her backwards, onto the floor. **Exhibit I** at 00:00-00:21; **Exhibit E** at 13:20-13:37.

54. Officer Pirozzi returned to the floor, where he and Officer Ieraci handcuffed Angel Crespo. **Exhibit I** at 00:21-00:44; **Exhibit G** at 8:49-9:36.

55. Angel, Jennifer, and Amy Crespo were placed under arrest. *See* **Exhibit G** at 8:49-9:36; Bodycam Footage Captured by Police Officer Laurene Bove Beginning at 4:22 pm, annexed to Murray Decl. as **Exhibit M** at 2:49-3:41; Amy Crespo's Arrest Report, annexed to Murray Decl. as **Exhibit N**; Jennifer Crespo's Arrest Report, annexed to Murray Decl. as **Exhibit O**.

56. When Officer Bove attempted to handcuff Jennifer Crespo, Jennifer flailed her arms, twisted her body, and pushed Officer Bove away for approximately fifty seconds. **Exhibit M** at 2:49-3:41.

57. Officer Bove handcuffed Jennifer Crespo, and Jennifer and Amy Crespo were transported to the 122nd Precinct. **Exhibit M** at 2:49-3:41; **Exhibit H** at 36:13-37:2; Relevant Excerpts From the Deposition of Jennifer Crespo, annexed to Murray Decl. as **Exhibit O** at 54:13-22; **Exhibit N**; **Exhibit O**.

58. At the precinct, Officer Bove drafted Jennifer Crespo's arrest report and Officer Cullen drafted Amy Crespo's arrest report. **Exhibit C** at 29:13-18; **Exhibit N**; **Exhibit O**.

59. Both Jennifer and Amy Crespo's arrest reports listed resisting arrest and obstruction of governmental administration in the second degree as the sole charges. **Exhibit N**; **Exhibit O**.

60. Both Jennifer and Amy Crespo's arrest reports indicate that they were arrested inside of 14 Mercer Place. *Id.*

61. Amy Crespo's arrest report states that she "did intentionally shove, push and grab police officer[s] who were attempting to place 3rd party def into custody," and notes "body camera footage (Bove 926593)." **Exhibit N**.

62. Noting the existence of bodycam footage, Jennifer Crespo's arrest report states that she "did intentionally shove, push and grab police officer[s] while they were attempting t[o] place 3rd party suspect into custody," and "did flail [her] arms and refuse to place hand behind her back" when she was placed under arrest. **Exhibit O**.

63. Officer Bove submitted a "Body Worn Camera Worksheet" to the Richmond County District Attorney's Officer, which noted that the incident was captured on bodycam by herself and six other officers. Body Worn Camera Worksheet, annexed to Murray Decl. as **Exhibit P**.

64. On May 10, 2019, Officer Bove informed the prosecutor assigned to Jennifer Crespo's criminal case that, during the incident, Jennifer Crespo stated: "You're not arresting my father. You're trespassing. Get off of him." Notice Pursuant to Criminal Procedure Law § 710.30 and § 250.20, annexed to Murray Decl. as **Exhibit Q**.

65. On May 20, 2019, Officer Bove swore out a criminal complaint against both Angel and Jennifer Crespo that in relevant part charged Jennifer Crespo with resisting arrest and obstruction of governmental administration on the grounds that she blocked Officer Bove's path to Angel Crespo, pushed and pulled Officer Bove, refused to give her hands in order to be handcuffed, stiffened and flailed her arms, and pushed Officer Bove while being arrested. Superseding Information, annexed to Murray Decl. as **Exhibit R**.

66. Jennifer Crespo accepted an adjournment in contemplation of dismissal for the charges against her. Certificate of Disposition, annexed to Murray Decl. as **Exhibit S**.

67. Amy Crespo was placed on probation until June 10, 2019. **Exhibit I** at DEF0458.

DATED:   New York, New York
           February 3, 2023

Respectfully submitted,

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York, Joseph Ieraci, Laurene Bove, Zachary Cullen, and Angelo Pirozzi*
100 Church Street
New York, New York 10007
(212) 356-2372

By:      James R. Murray      
          James R. Murray