**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- X
JENNIFER CRESPO, et al.,

                                Plaintiffs,

            -against-                        **NOTICE OF MOTION**

THE CITY OF NEW YORK, et al.,                   No. 22-cv-2693-BMC

                                Defendants.

------------------------------------------------------------------- X

       **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Marc A. Cannan, dated February 7, 2023, the Exhibits annexed thereto, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and all prior papers and proceedings had herein, Plaintiffs Jennifer Crespo, Amy Crespo, Mayra Crespo, and Angel Crespo will move this Court, before the Honorable Brian M. Cogan, at the United States District Court of the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and time to be determined y the Court, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for partial summary judgment on their federal claims of unlawful entry, false arrest, malicious prosecution, fabrication of evidence, failure to intervene, and their claims made pursuant to the New York constitution, and for such other and further relief as the Court may deem just and proper.

2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Courts' order dated January 17, 2023, the parties' respective oppositions are due on or before February 28, 2023.

Dated: New York, New York
February 7, 2023

                                            Respectfully submitted,

                                            BELDOCK LEVINE & HOFFMAN LLP

                                            By: /s/ Marc A. Cannan
                                            Marc A. Cannan
                                            99 Park Avenue, PH/26th Floor
                                            New York, New York 10016
                                            (212) 277-5853
                                            mcannan@blhny.com

                                            *Attorneys for Plaintiffs*